UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ARIELLE SWARR,

        Plaintiff,

v.                                          Civil Action No. 3:24-cv-000314

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
And TRANS UNION, LLC,

        Defendants.

## NOTICE OF SETTLEMENT

    Plaintiff ARIELLE SWARR ("Ms. Swarr"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Swarr and EQUIFAX INFORMATION SERVICES, LLC *only*. Ms. Swarr and EQUIFAX INFORMATION SERVICES, LLC *only* are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Swarr and EQUIFAX INFORMATION SERVICES, LLC *only* shall timely file the proper form of dismissal with the Court.

    Dated: September 5, 2024

        Respectfully submitted,

        **ARIELLE SWARR**

        */s/ Drew D. Sarrett*
        Drew David Sarrett, VSB # 81658
        CONSUMER LITIGATION ASSOCIATES, P.C.
        626 East Broad Street
        Suite 300
        Richmond, VA 23219
        804-905-9900
        Fax: 757-930-3662
        Email: drew@clalegal.com
        *Counsel for Plaintiff*