**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ARIELLE SWARR<br><br><br>             Plaintiff,<br><br><br>      v.<br><br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION, LLC,<br><br><br>             Defendants. | Case No. 3:24-cv-00314-MHL-MRC |

### JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, ARIELLE SWARR ("Plaintiff") and Defendant, EQUIFAX INFORMATION SERVICES, LLC ("Equifax") *only,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Equifax, in the above styled action, with Plaintiff and Equifax to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 28th day of October, 2024.

DATED:  October 28, 2024        By:  */s/ Drew D. Sarrett*
**Drew David Sarrett**
Consumer Litigation Associates, PC
626 East Broad Street
Suite 300
Richmond, VA 23219
804-905-9900
Fax: 757-930-3662
Email: drew@clalegal.com
*Counsel for Plaintiff*

By*: /s/John W. Montgomery, Jr.*
John W. Montgomery, Jr.
Traylor Montgomery & Elliott, PC
130 E Wythe Street
Petersburg, VA 23803
Email:  jmontgomery@tmande.com
*Counsel for Defendant, Equifax Information Services, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 28, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


*/s/  Drew D. Sarrett*
Drew D. Sarrett

*Counsel for Plaintiff*