UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ARIELLE SWARR,

      Plaintiff,

v.                                Civil Action No.  3:24-cv-000314

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
And TRANS UNION, LLC,

      Defendants.

## NOTICE OF SETTLEMENT

Plaintiff ARIELLE SWARR ("Ms. Swarr"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Swarr and TRANS UNION, LLC, *only*. Ms. Swarr and TRANS UNION, LLC *only* are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Swarr and TRANS UNION, LLC *only,* shall timely file the proper form of dismissal with the Court.

Dated: December 3, 2024

Respectfully submitted,

**ARIELLE SWARR**

*/s/ Drew D. Sarrett*
Drew David Sarrett, VSB # 81658
CONSUMER LITIGATION ASSOCIATES, P.C.
626 East Broad Street
Suite 300
Richmond, VA 23219
804-905-9900
Fax: 757-930-3662
Email: drew@clalegal.com
*Counsel for Plaintiff*