**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |
|---|---|
| ARIELLE SWARR<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION, LLC,<br><br>Defendants. | Case No. 3:24-cv-00314-MHL-MRC |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, ARIELLE SWARR ("Plaintiff") and Defendant, TRANS UNION, LLC ("Trans Union") *only,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Trans Union, in the above styled action, with Plaintiff and Trans Union to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 9th day of January, 2025.

DATED:  January 9, 2025

By:  */s/ Drew D. Sarrett*
Drew David Sarrett
Consumer Litigation Associates, PC
626 East Broad Street
Suite 300
Richmond, VA 23219
804-905-9900
Fax: 757-930-3662
Email: drew@clalegal.com
*Counsel for Plaintiff*

By*:  /s/Jacob M. Adams*
Jacob Michael Adams
Buchanan Ingersoll & Rooney PC
1737 King Street
Ste. 500
Alexandria, VA 22314
703-838-6516
Email: jake.adams@bipc.com
*Counsel for Defendant, Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2025, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


*/s/  Drew D. Sarrett*
Drew D. Sarrett

*Counsel for Plaintiff*